

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-12-00500-CR

Chadwick Benjamin a/k/a Chad Anthony **BENJAMIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 396th District Court, Tarrant County, Texas
Trial Court No. 1239333D
The Honorable George William  Gallagher, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief is hereby GRANTED.  The State's brief is due June 14, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court